UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LISA OPPENHAMMER,<br>ID # 2267205,<br><br>　　　　*Petitioner*,<br><br>v.<br><br>DIRECTOR, Texas Department of<br>Criminal Justice, Correctional<br>Institutions Division,<br><br>　　　　*Respondent*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. 3:23-CV-1372-X-BH |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court are a pair of Plaintiff Lisa Oppenhammer's motions to amend or alter the judgment. (Docs. 13, 15). The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Docs. 14, 16). Magistrate Judge Irma Carrillo Ramirez recommends denying each motion. Oppenhammer objected to Judge Ramirez's recommendations. Oppenhammer is requesting that the Court "correct a mistake arising from oversight."[1] The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and

---

[1] Doc. 15 at 1.

1

Recommendation of the United States Magistrate Judge. Accordingly, the Court **DENIES** Oppermhammer's motions to amend or alter the judgment. (Docs. 13, 15).

 **IT IS SO ORDERED** this 14th day of November 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE